**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
-------------------------------X
MICHAEL W. CHIU,               :
                               :
        Plaintiff,             :
                               :         3: 02 CV 2081 (GLG)
    against                    :
                               :
JOHN AU, et al.,               :
                               :
        Defendant.             :
-------------------------------X
```

**JUDGMENT**

A notice of proposed dismissal [**Doc. #9**] of the above-captioned action having been sent to counsel and pro se party of record on March 24, 2004, pursuant to this Court's Local Rule 41(a) and;

No action having been taken by counsel or pro se party subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

**SO ORDERED.**

Dated at Waterbury, Connecticut, this 4th day of May, 2004.

/s/
**GERARD L. GOETTEL, U.S.D.J.**