# United States District Court
## District of Connecticut

**Plaintiff** )
)
Michael W. Chiu )
) Civil case No.
) 3:03-CV-2081 (GLG)
**Vs.** )
)
)
**Defendants** )
)
1. Mr. John Au, et al., )
)

FILED

May 12   1:45 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## Reply to judgment to dismiss

Plaintiff has not received a notice of proposed dismissal (doc. #9) of the about captioned action sent of record on March 24/2004, pursuant to L.R. rule 41(a).

Be informed, this action is proceeding at Hartford under the case number of 3:03-cv-1150 (RNC), and the presiding judgment at this time is judge Donna Martinez. Discovery process is underway at this time.

**Date:  May 7, 2004**             Signature: _____
Michael Chiu, C. Chem., Pro se
Chartered Chemist
47 Thompson Street
Toronto, Ontario
Canada, M4M-1L8
Tel: 1-416-465-8004

## Proof of service

I, Michael Chiu, hereby certify that I am the plaintiff herein and served a copy of the following documents to the following defendants.

1.  An exact copy of the <u>Reply to judgment to dismiss</u>, Date sent on May 7 /2004. **Pursuant to L.R. 83.1(c) (1), Union Carbide Corporation to Lori Anderson,** Sent by Fax to,

>   Defendants
>   **Elizabeth Andrews**
>   Lori Alexander
>   Tyler Cooper & Alcorn, LLP
>   205 Church Street, P.O. Box 1936
>   New Haven, Connecticut
>   06509, USA
>   Tel: 1-203-784-8270
>   **Fax: 1-203-865-7865**
>   Email: **eandrews@tylercooper.com**

Sworn at the city of Toronto, Canada, I declare under the penalty of perjury under the laws of the States of Connecticut and Canada that the foregoing is true and correct.

**Date: May 7/ 2004**

Michael Chiu, C. Chem., Pro Se                (Signature of declarant)